UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROBERT PASCHAL,

    Plaintiff,

v.                                       Case No: 2:19-cv-768-SPC-NPM

C R BARD INCORPORATED
and BARD PERIPHERAL
VASCULAR INCORPORATED,

    Defendants.
_____/

## **ORDER**[1]

Before the Court is the parties' Joint Motion for Temporary Stay (Doc. 76). The parties are negotiating a global settlement of all cases filed by Plaintiff's counsel that arise from the underlying multidistrict litigation. The parties resolved several other cases. And they will mediate this case in a few weeks. So the parties seek a two-month stay to focus on settlement. The Court exercises its discretion and stays this case. *See Clinton v. Jones*, 520 U.S. 681, 706 (1997).

Accordingly, it is now

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

**ORDERED:**

1. The parties' Joint Motion for Temporary Stay (Doc. 76) is **GRANTED**. All proceedings in this case are **STAYED** until **April 30, 2021**.

2. The parties must **FILE** any dismissal papers **on or before April 30, 2021**. Alternatively, if outstanding issues remain, the parties must **FILE** a joint status report regarding settlement **on or before April 30, 2021**.

3. The Clerk is **DIRECTED** to add a stay flag on the docket

**DONE** and **ORDERED** in Fort Myers, Florida on March 1, 2021.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record